**Proposed Order Requesting Dismissal of
Petition for Warrant or Summons for Offender Under Supervision**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket No.:  1:09CR00451-001 AWI** |
| **v.** ) | |
| ) | |
| **JOEL PATINO-HERNANDEZ** ) | |
| ) | |
| ) | |

A Petition for Warrant or Summons for Offender Under Supervision was filed on April 2, 2013.

The offender is currently serving a 56-month sentence after being convicted of the New Law Violation alleged in the Petition.  It appears that to return the offender to face the Petition for a possible sentence of a further 5 months is not the best use of resources in this matter.  This offender will have served 56 months upon his release, at which time he will be deported.  Therefore, in the interest of justice, it is respectfully requested that the Petition be dismissed.

Respectfully submitted,

/s/ Sarah Kirk

**Sarah Kirk
United States Probation Officer**

Dated:    July 29, 2015
          Fresno, California
          SK

                        /s/ Tim Mechem
**REVIEWED BY:    Tim Mechem
                 Supervising United States Probation Officer**

Re:     **JOEL PATINO-HERHANDEZ**
        **Docket No:   1:09CR00451-001 AWI**
        <u>**Request to Dismiss Petition**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that the Petition filed on April 2, 2013, regarding Joel Patino-Hernandez be dismissed, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   July 29, 2015                            _____
                                                  SENIOR DISTRICT JUDGE